(September 10, 1998)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES M. HUMPHREY, Appellant. [678 NYS2d 311] —Appeal from a judgment of the County Court of Broome County (Mathews, J.), rendered May 27, 1997, convicting defendant upon his plea of guilty of the crime of criminal possession of a controlled substance in the fifth degree.

Defense counsel seeks to be relieved of her assignment as counsel for defendant on the ground that there are no nonfrivolous issues that can be raised on appeal. Based upon our review of the record and defense counsel's brief, we agree. Defendant entered a knowing, voluntary and intelligent plea of guilty of criminal possession of a controlled substance in the fifth degree in satisfaction of a superior court information and other pending charges. Defendant was sentenced as a second felony offender to a prison term of 3 to 6 years in accordance with the plea agreement. In view of the foregoing, the judgment is affirmed and defense counsel's application for leave to withdraw is granted (*see, People v Cruwys*, 113 AD2d 979, *lv denied* 67 NY2d 650).

Crew III, J. P., Yesawich Jr., Spain, Carpinello and Graffeo, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL E. DOTSON, Appellant. [678 NYS2d 311] —Appeal from a judgment of the County Court of Broome County (Mathews, J.), rendered July 18, 1997, convicting defendant upon his plea